**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JAQUINTON HARDY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **MARRIOTT INTERNATIONAL** | § | **Civil Action No. 3:26-cv-00046** |
| **INC., STARWOOD HOTESL &** | § | |
| **RESORTS WORLDWIDE, LLC,** | § | |
| **CHARTRES 400 LLC d/b/a** | § | |
| **SHERATON LICENSE OPERATING** | § | |
| **COMPANY, LLC, and ENCORE GROUP** | § | |
| **(USA) LLC a/k/a ENCORE GLOBAL,** | § | |
| | § | |
| **Defendants.** | § | |

---

### NOTICE OF REMOVAL BY DEFENDANT ENCORE GROUP (USA), LLC

---

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant ENCORE GROUP (USA), LLC a/k/a ENCORE GLOBAL ("Encore" or "Defendant"), by and through its undersigned counsel, file this Notice of Removal and would respectfully show the Court as follows:

### I.   THE STATE COURT ACTION

On February 6, 2025, Plaintiff JAQUINTON HARDY ("Plaintiff") filed an Original Petition in the County Court of Dallas County, Texas, where it was numbered CC-25-01013-D on the docket of that court. The Original Petition named Marriott International, Inc.; Kone, Inc.; Starwood Hotels & Resorts Worldwide, LLC; Chartres 400 LLC d/b/a Sheraton Dallas Hotel; Encore Group (USA), LLC; and Manuel Luna as defendants. Of the original defendants, only Manuel Luna was a citizen of the State of Texas.

---

**NOTICE OF REMOVAL** <span style="float:right">**PAGE 1 OF 9**</span>

The following is a summary of Plaintiff's allegations. Plaintiff was an employee of Encore (Plaintiff alleges Encore and Marriott are a joint employer), a supplier of audio-visual meeting and conference services contracted with by Defendant Marriott to provide such services at the Sheraton Dallas Hotel (the "Hotel") in Dallas, Texas.  Defendant Luna was an Encore supervisor who also worked at the Hotel. Plaintiff alleged that while he was performing Encore related work at the Hotel, he sustained personal injuries when a Hotel elevator allegedly malfunctioned (the "Elevator Claims"). Plaintiff also alleges that during his employment with Encore at the Hotel, and under Luna's supervision, he was harassed and discriminated against based on his race, color and disability and that he was terminated from employment due to his protected status and in retaliation for complaints of harassment. Plaintiff also asserted a claim for intentional infliction of emotional distress against Defendant Luna (collectively, the "Employment Claims").

Due to the distinct nature of the Elevator Claims and the Employment Claims, a Motion to Sever the operative petition was filed on July 18, 2025. On September 9, 2025, the State Court granted the motion and severed Plaintiff's claims into two cases. The original case, CC-25-01013-D (which is the subject of this removal) retained the Employment Claims. A new case, CC-25-08134-D, was created to address the Elevator claims.

On December 10, 2025, Plaintiff filed his Fifth Amended Petition in case CC-25-01013-D. In the Fifth Amended Petition, Plaintiff voluntarily dismissed Defendant Manuel Luna by excluding him as a party Defendant. The remaining defendants in case CC-25-01013-D are Mariott International Inc., Starwood Hotels & Resorts Worldwide, LLC, Chartres 400 LLC d/b/a Sheraton Dallas Hotel, Sheraton License Operation Company, LLC, and Encore Group (USA), LLC. None of the remaining defendants are citizens of the State of Texas. As of December 10, 2025, case CC-

25-01013-D became removable and complete diversity parties existed between Plaintiff and Defendants. 28 U.S.C. § 1446(b)(3).

## II.  SUBJECT MATTER JURISDICTION EXISTS – DIVERSITY JURISDICTION.

This action is removable under 28 U.S.C. § 1441 because there is complete diversity between Plaintiff and all Defendants, and the amount in controversy exceeds $75,000.00.

### A. *There Is Complete Diversity Between Plaintiff and All Defendants.*

Plaintiff is a resident of Dallas County, Texas. (Fifth Amended Petition ¶ 2.01). The remaining Defendants are corporations and limited-liability companies[1] organized and existing under the laws of foreign states other than Texas with their principal places of business located outside of Texas. Defendants' corporate and member information is as follows:

a.  **Defendant Encore Group (USA), LLC d/b/a Encore Global** is a Delaware limited liability company, and its principal place of business is in the State of Illinois. (Declaration of Deborah Klein "Klein Dec." ¶¶ 3, 6) (attached hereto). Encore's sole member is AVSC Intellectual Property Management, LLC, a Delaware limited liability company whose sole member is PSAV (NY) LLC. (Klein Dec. ¶¶ 3-4). PSAV (NY) LLC is a Delaware limited liability company whose sole member is Audio Visual Services, LLC. (Klein Dec. ¶ 5). Audio Visual Services, LLC is a Delaware limited liability company whose sole member is AVSC Holding Corporation. (Klein Dec. ¶ 6). AVSC Holding Corporation is a Delaware Corporation with its principal place of business in Schiller Park, Illinois. (Klein Dec. ¶ 6). As a result, Encore is a citizen of Delaware and Illinois for diversity purposes.

---

[1] For diversity purposes, a limited liability company is considered a citizen of the state of each of its members. *See Carden v. Arkoma Ass'n*, 494 U.S. 185, 189-90 (1990).

b.  **Defendant Marriott International, Inc.** ("MII"), is a corporation organized and existing under the laws of the state of Delaware with its principal place of business in Bethesda, Maryland.

c.  **Defendant Starwood Hotels & Resorts Worldwide, LLC** ("Starwood") is a limited liability company organized and existing under the laws of the state of Maryland with its principal place of business in Bethesda, Maryland. The sole member of Starwood is Mars Merger Sub, LLC. Mars Merger Sub, LLC is a limited liability company organized and existing under the laws of the State of Delaware and its principal office and headquarters are in Bethesda, Maryland. Marriott International, Inc. is the sole member of Mars Merger Sub, LLC. MII's state of incorporation is Delaware, and its principal place of business is Bethesda, Maryland (*see* ¶ b, above).

d.  **Defendant Sheraton License Operating Company, LLC** ("SLOC") is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Bethesda, Maryland. The sole member of SLOC is Starwood (*see* ¶ c, above)

e.  **Defendant Chartres 400 LLC** ("Chartres) is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in the State of California. The sole member of Chartres is EC Dallas Partners LLC. EC Dallas Partners LLC is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business in the State of California. The members of EC Dallas Partners LLC are EMC Dallas Hotel, Inc. and CLG Draft LLC. EMC Dallas Hotel, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Delaware. CLG

Draft LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in the State of California. The names and domiciles of all of the members of CLG Draft LLC are as follows:

- o R. Kline, California.
- o M. Bara, California.
- o B. Blum, New York.
- o A. Mue, Hawaii.
- o C. Wong, California.
- o N. Gambino, California.
- o L. Callinan, New York.
- o W. Ng, California.
- o B. Hotel, California.
- o E. Wedel, New York.
- o D. Kline, California.
- o G. Morgan, California.
- o P. Tufano, Florida.
- o T.C.G., California.
- o K. Pederson, California.
- o P. Dorneden, Illinois.
- o J. Melvin, Florida.
- o I. Kherati, Hawaii.
- o J. Kueffner, California.
- o G. Cox, California.
- o C. Doud, Michigan.
- o D. Trust, California.
- o S. Weldon, Hawaii.
- o A. Weakland, California.
- o J. Gulson, South Dakota.

Therefore, Plaintiff is a citizen of Texas and all Defendants (and any members thereof) are citizens of states other than Texas for removal purposes.

**B. The Amount in Controversy Exceeds $75,000.00.**

The amount in controversy clearly exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. In this regard, Plaintiff seeks damages for his employment claims. Plaintiff alleged in his Fifth Amended Petition that he "affirmatively pleads that he is seeking monetary relief in an amount (i) that the jury determines to be fair and reasonable

and (ii) that is *more than* $1,000,000." (Fifth Amended Petition ¶ 3.03) (emphasis in original). Because the parties are completely diverse and the amount in controversy exceeds seventy-five thousand dollars, exclusive of interest and costs, the Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

### III. Timeliness of Removal.

Plaintiff filed his Fifth Amended Petition on December 10, 2025 voluntarily dismissing Manuel Luna. The Notice of Removal was filed within thirty (30) days of that date and within one year of the commencement of the state court action as required by 28 U.S.C. § 1446(b)(3).

### IV. Removal is Proper.

Because the parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441. Venue is proper in this Court under 28 U.S.C. § 1391, as this action was pending in a state court within this district and division.

### V. LIST OF ALL PARTIES

The following is a list of all parties in the case, their party type, and current status of the case:

- JaQuinton Hardy – Plaintiff;

- Encore Group (USA), LLC d/b/a Encore Global – Defendant;

- Marriott International, Inc. – Defendant;

- Starwood Hotels & Resorts Worldwide, LLC – Defendant;

- Sheraton License Operating Company, LLC – Defendant;

- Chartres 400 LLC – Defendant;

The case is currently pending.

## VI. STATE COURT DOCUMENTS.

Attached as **Exhibit A** is an Index of State Court Filed Documents, which includes true and correct copies of the state court docket sheet and all documents filed in the state court action. These documents constitute all of the processes, pleadings, or orders filed in state court or served on Encore. Further, a List of Parties Counsel, and State Court Information is attached as **Exhibit B**.

## VII. RELIEF REQUESTED.

Encore requests that this Court accept this notice of removal, assume jurisdiction of this cause and issue all orders and processes necessary to bring before it all parties necessary for the trial hereof. Defendants Mariott International Inc., Starwood Hotels & Resorts Worldwide, LLC, Chartres 400 LLC d/b/a Sheraton Dallas Hotel, and Sheraton License Operation Company, LLC, have consented to this removal.

Dated:  January 8, 2026.

**GORDON REES SCULLY MANSUKHANI, LLC**

/s/ Soña J. Garcia
**SOÑA J. GARCIA**
State Bar No. 24045917
SJGarcia@grsm.com
**KAETLIN A. MARTIN**
State Bar No. 24143159
kamartin@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)

– and –

**DINSMORE & SHOHL LLP**

**DAVID S. SHANKMAN**
Pro Hac Vice *Anticipated*
Florida Bar No. 0940186
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
(813) 543-9848 Phone
(813) 543-9849
David.Shankman@dinsmore.com

**ATTORNEYS FOR DEFENDANT ENCORE GROUP (USA) LLC A/K/A ENCORE GLOBAL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served January 8, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule 5.1(d).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Mitchell C. Abeita
The Abeita Law Firm
400 South Zang Boulevard, Suite 802
Dallas, Texas 75208
mitch@abeitalaw.com
*Attorney for Plaintiff*

D. Bradley Dickinson, Esq.
Dickinson Bartlett, P.C.
6440 North Central Expressway, Suite 412
Dallas, Texas 75206
bradd@dblaws.com
*Attorney for Defendants Marriott International, Inc.,*
*Starwood Hotels & Resorts Worldwide, LLC,*
*Chartres 400 LLC d/b/a Sheraton Dallas Hotel, and*
*Sheraton License Operation Company, LLC*

*/s/ Soña J. Garcia*
**SOÑA J. GARCIA**